**NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000047
21-MAY-2021
08:00 AM
Dkt. 29 OAWST**

NO. CAAP-21-0000047

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

VINCE K. BAJET, Claimant-Appellant-Appellant, v. EAH, INC.,
Employer-Appellee-Appellee, and
SEDGWICK CMS - HAWAII, Insurance Carrier-Appellee-Appellee.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2020-130; DCD NO. 2-16-02074)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By:  Ginoza, Chief Judge, Leonard and Nakasone, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed May 13, 2021, by Claimant-Appellant-Appellant Vince K. Bajet, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawai‘i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawai‘i, May 21, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Karen T. Nakasone
Associate Judge